**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Elbar Investments, Inc. **V.** Garden Oaks Maintenance Organization

Appellate case number:   01-14-00447-CV

Trial court case number: 2011-67560

Trial court:             269th District Court of Harris County

Date motion filed:       6/17/16

Party filing motion:     Appellee

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  Michael Massengale
☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle and Lloyd


Date: August 2, 2016